| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>TAGLE, HILDA G | 2. Court or Organization<br>SOUTHERN DISTRICT OF TEXAS | 3. Date of Report<br>05/02/05 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>01/01/04<br>to<br>12/31/04 |
| 7. Chambers or Office Address<br>600 E. HARRISON, ROOM 306<br>BROWNSVILLE, TX 78520 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

COPY

RECEIVED
2005 MAY 23 A 11: 14
FINANCIAL
DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Nueces County Deferred Compensation Program Agreement (Control) |
| 2. | Texas County and District Retirement Account (No Control) |
| 3. | Employee Retirement System of Texas (No Control) |
| 4. | Thrift Savings Plan(Control) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours. not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/04 | 1099 Misc Income-sales & services Stark Carpet Coorp |
| 2. 12/31/04 | self-employment income from interior design services |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. International Bank of Commerce | Mortgage note vacant lot | L |

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/02/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. TEXAS COUNTY/DISTRICT RETIREMENT SYSTEM | D | Interest | M | T | | | | | |
| 2. EMPLOYEE RETIREMENT SYSTEM OF TEXAS | B | Interest | K | T | | | | | |
| 3. -FIXED FUND (I) | | | | | | | | | |
| 4. DIVERSIFIED INVESTMENT ADVISORS | A | Dividend | K | T | | | | | |
| 5. FISERV INVESTOR SERVICES INC | A | Dividend | J | T | redemption | 12/31 | J | A | partial IRA distribution |
| 6. -FIDELITY ADVISOR GROWTH OPPORTUNITY CL A | | | | | | | | | |
| 7. FISERV INVESTOR SERVICES INC | A | Dividend | J | T | | | | | |
| 8. -MAINSTAY HIGH YIELD CORPORATE BND CLASS B | | | | | | | | | |
| 9. -MAINSTAY GOVERNMENT FUND CLASS B | | | | | | | | | |
| 10. -MAINSTAY CAPITAL APPRECIATION FND CLASS B | | | | | Exchange | 12/31 | | | |
| 11. FIDELITY INVESTMENT | A | Dividend | J | T | | | | | |
| 12. NUECES COUNTY DEFERRED PLAN-NATIONWIDE | A | Dividend | M | T | | | | | |
| 13. -DREY PRM3RDCNT END CLASS Z | | | | | Exchange | 12/31 | | | |
| 14. -FID CONTRA FUND | | | | | | | | | |
| 15. -FID EQUITY INCOME FUND | | | | | | | | | |
| 16. -NATIONWIDE INCOME FUND | | | | | Exchaange | 12/31 | | | |
| 17. -INVESTMENT CO OF AMERICA | | | | | | | | | |
| 18. -PUTMAN VOYAGER FND CLS A | | | | | | | | | |

1. Income/Gain Codes:    A = $1,001 or less    B = $1.001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TAGLE, HILDA G | 05/02/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NEU BER EQ SOC RESP FND lc | | | | | | | | | |
| 20. -SELINDXFNDSS&P 500 INDEX PORT | | | | | | | | | |
| 21. -AM CENT ULTRA IC | | | | | | | | | |
| 22. UBS PAINEWEBBER RESOURCE MGT | A | Dividend | J | T | | | | | |
| 23. -INVESTMENT CO OF AMERICA | | | | | | | | | |
| 24. WASHINTON MUTUAL BANK IRA | A | Interest | J | T | | | | | |
| 25. MANULIFE NEW YORK 401(K) PLAN | A | Interest | J | T | | | | | |
| 26. -MONEY MARKET FUND | | | | | | | | | |
| 27. -QUANTITATIVE FUND | | | | | Exchange | 12/31 | | | |
| 28. -ALL CAP GROWTH FUND | | | | | | | | | |
| 29. -AGGRESSIVE GROWTH FUND | | | | | | | | | |
| 30. U.S. LARGE CAP FUND (VS) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date May 16, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544